IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RACHELLE K.[1]**, | : |
| **Plaintiff,** | : Case No. 2:23-cv-03616 |
| v. | : Chief Judge Algenon L. Marbley |
| **COMMISSIONER OF SOCIAL SECURITY,** | : Magistrate Judge Stephanie K. Bowman |
| **Defendant.** | : |

## ORDER

This matter is before this Court on the parties' Joint Motion to Remand to the Commissioner. (ECF No. 8). This Court finds the motion well taken, and **GRANTS** the motion.

Accordingly, it is hereby **ORDERED** that the prior non-disability finding of the Commissioner of Social Security is **VACATED** and this matter **REMANDED** to the Commissioner of Social Security pursuant to Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and then issue a new decision.

The Clerk of Court is hereby **DIRECTED** to enter judgment in this matter pursuant to Fed. R. Civ. P. 58(b).

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

**IT IS SO ORDERED.**

                                                                                          **ALGENON L. MARBLEY**
                                                                                          **CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  January 16, 2024**